UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DIANA GOODIE, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBE LIFE INC.,<br><br>    Defendant. | Case No. 4:24-cv-00860 |

## **ORDER**

Before the Court is the Agreed Motion to Extend the Time to Respond to the Complaint (Dkt. #5).  The Court, having considered the motion, concludes that it should be granted.

It is therefore ORDERED that the motion is GRANTED.

It is further ORDERED that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint, (Dkt. #1), is extended to November 7, 2024.