# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Diana Goodie, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Globe Life, Inc.,<br><br>Defendant. | Case No. 4:24-cv-00860-ALM |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Diana Goodie hereby gives notice that her individual claims in this action against Defendant Globe Life, Inc., are voluntarily dismissed without prejudice as it relates to the following case: *Goodie v. Globe Life, Inc.,* No. 4:24-cv-00860. No Answer or Motion for Summary Judgment has been filed in this case.

Dated: October 18, 2024

Respectfully submitted,

*/s/ William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
212 W. Spring Valley Road
Richardson, TX 75081
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                        */s/ William B. Federman*
                                                                       William B. Federman